IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter:  7 |
| GENE ARNARDO GONZALEZ | : | |
| SHERRI MADELINE GONZALEZ | : | |
| | : | |
| | : | BANKRUPTCY NO:    13-13115-REF |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent is:

**eCAST Settlement Corporation**
**POB 35480**
**Newark NJ 07193 5480**

3. Debtor may have scheduled account as: Capital One Bank (USA), NA.

By: /s/ GILBERT B. WEISMAN
Gilbert B Weisman, Esquire, PA59872
Becket & Lee LLP, Attorneys/Agent for Creditor
POB 3001
Malvern PA 19355-0701
PHONE:    (610) 644-7800
FAX:       (610) 993-8493
EMAIL:    notices@becket-lee.com

DATE:    04/11/2013

Pet:  04/08/2013

EF1-CAP

